# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| RICHARD DASCHBACH, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VSC GROUP, LLC d/b/a COMPLETE CAR, a Texas limited liability company,<br><br>Defendant. | Civil Case No. 1:22-cv-00313-PB |

## ASSENTED-TO MOTION TO ADMIT SARAH DE DIEGO, ESQ. *PRO HAC VICE*

The undersigned counsel respectfully moves for the *pro hac vice* admission of Sarah de Diego, Esq. to appear on behalf of defendant VSC Group, LLC in the above captioned matter and in support of this motion states as follows:

1. Undersigned counsel is a member in good standing of the Bar of this Court.

2. At all times during this proceeding, undersigned counsel will be actively associated with Sarah de Diego, Esq. in the above-captioned action.

3. A supporting affidavit of Sarah de Diego, Esq. is attached to this motion as <u>Exhibit A</u>.

4. Undersigned counsel is paying $100.00 by credit card in connection with this filing to cover the required filing fee for *pro hac vice* admission.

5. Taylor Smith, counsel for plaintiff, assents to the relief requested in this motion.

1

WHEREFORE, the undersigned counsel respectfully requests that this Court:

a. Grant this Assented-to Motion for Admission *Pro Hac Vice* permitting Sarah de Diego, Esq. to practice before this Court; and,

b. Grant such other and further relief as may be just and reasonable.

                                        Respectfully submitted,

                                        VSC GROUP, LLC,

                                        By its attorneys,

                                        HINCKLEY, ALLEN & SNYDER, LLP

Dated: October 28, 2022          By: */s/ Arnold Rosenblatt*
                                        Arnold Rosenblatt, Esq. (NH #14889)
                                        Owen R. Graham, Esq. (NH #266701)
                                        Hinckley, Allen & Snyder, LLP
                                        650 Elm Street
                                        Manchester, NH  03101
                                        (603) 225-4334
                                        arosenblatt@hinckleyallen.com
                                        ograham@hinckleyallen.com

*********

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all those registered with the ECF system.

                                        /s/ *Arnold Rosenblatt*
                                        Arnold Rosenblatt, Esq.