# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| RICHARD DASCHBACH, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VSC GROUP, LLC d/b/a COMPLETE CAR, a Texas limited liability company,<br><br>Defendant. | Civil Case No. 1:22-cv-00313-PB |

**AFFIDAVIT OF SARAH DE DIEGO, ESQ.**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Sarah de Diego, Esq. declares, under penalty of perjury:

1. My name is Sarah de Diego and I am a member of the law firm of De Diego Law, LLC. My business address is 61 Ave De Diego, 2nd Floor, San Juan, PR 00911. My email address is sarah@dediego.law and my telephone number is (310) 980-8116.

2. I seek to represent Defendant VSC Group, LLC in this Action.

3. I am an attorney duly admitted and licensed to practice law in the State(s) of California as of December 2, 2005, Nevada as of April 18, 2007, and Colorado as of May 17, 2006 and am admitted to practice before the following United States District Courts for the Central District of California as of December 19, 2005, and the Southern District of California as of July 30, 2018. I am in good standing and eligible to practice law in the jurisdictions in which I am currently admitted and licensed.

3. I am not currently suspended or disbarred in any jurisdiction. I have not been denied admission *pro hac vice* or had admission *pro hac vice* revoked in any Court. I have not been formally disciplined nor do I have pending disciplinary matters before any Court. I do not have any prior felony or misdemeanor criminal convictions.

4. I will be assisted by Arnold Rosenblatt, Esquire, NH Bar No. 2879 of the firm Hinckley, Allen & Snyder, LLP, 650 Elm Street, Manchester, NH 03101; telephone number: (603) 225-4334; email address: arosenblatt@hinckleyallen.com, an active member in good standing of the Bar of this State, who will be present at all proceedings in the above captioned matter.

*[Signature Page to Follow]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2022.

*/s/ Sarah de Diego,*
Sarah de Diego, Esq.

Commonwealth of Puerto Rico

City/County of San Juan

Affidavit No. *-310-*

Before me on this 27th day of October, 2022, personally appeared Sarah de Diego, Esq., of legal age, married, attorney at law, and resident of San Juan, Puerto Rico, who is personally known to me, and gave an oath that the foregoing statement is true and correct to the best of her knowledge, information, and belief.

*/s/ Melissa E. Ruiz González*
Notary Public
My Commission Expires: *N/A*